UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

COLBRO SHIP MANAGEMENT CO. LTD.,
   Plaintiff

vs.

MARINE EXPRESS, INC.
   Defendants

CIVIL NO. 97-2923 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: July 12, 1999<br>Docket: 30<br>[X] Petitioner [] Respondent<br>Title: Cross-Motion to Confirm the Arbitration Decision and Award Attorneys' Fees. | **DENIED.** Petitioner requests the Court to modify or correct the attorneys' fees awarded during arbitration, and cites 9 U.S.C. § 11(c) for support. This section states that the award made by modified or corrected "where the award is imperfect in matter of *form not affecting the merits of the controversy.*" 9 U.S.C. § 11(c). The challenge made by Petitioner does not call into question the form, but goes to the merits of the controversy considered by the arbitration panel. After an arbitration award is entered, a court should afford great deference to the panel's decision. See ARW Exploration Corp. v. Aguirre, 45 F.3d 1455, 1463 (10th Cir. 1995). The Court, therefore, shall not alter such award and hereby **CONFIRMS** the panel's decision. |

Date: 9/27/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By:     # 36