IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| COLBRO SHIP MANAGEMENT CO. LTD. | * | ENTERED ON DOCKET |
| Petitioner | * | 11/15/99 PURSUANT |
| | * | TO FRCP RULES 58 & 79a |
| vs. | * | CIVIL NO. 97-2923 (JP) |
| MARINE EXPRESS, INC. | * | |
| Respondent | * | |

### JUDGMENT

Pursuant to the Federal Arbitration Act and after having considered the Arbitration Panel's Decision and Final Award, the Court hereby confirms the award in its entirety and, pursuant thereto, enters Judgment for Marine Express to have and recover from Colbro Ship Management Company Limited the amount of $113,770.71. This Judgment is entered without costs and attorneys' fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 12th day of November, 1999.

JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE