UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 MAR -2 AM 7:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

COLBRO SHIP MANAGEMENT CO. LTD.,
    Plaintiff

vs.    CIVIL NO. 97-2923 (JP)

MARINE EXPRESS, INC.
    Defendants

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** February 15, 2000<br>**Docket:** 39<br>[ ] **Petitioner** [ ] **Respondent** [x] **Other**<br>**Title:** Motion to Withdraw Legal Representation | **NOTED AND GRANTED.** Although the instant case is closed and the Court does not see the need to withdraw from legal representation, the Court notes and grants the withdrawal of Calvesbert Law Offices, PSC by Paul E. Calvesbert and José Guillermo Baquero from representation of Petitioner. The Clerk is instructed that any further correspondence be sent to Colbro's address as stated in the motion at bar. |
| Date: 3/1/00 | JAIME PIERAS, JR.<br>U.S. Senior District Judge |

Rec'd:    EOD:

By:    # 40