UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

COLBRO SHIP MANAGEMENT CO. LTD.,
    Plaintiff

vs.                                                            CIVIL NO. 97-2923 (JP)

MARINE EXPRESS, INC.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 18, 1999<br>**Docket:** 38<br>[ ] **Petitioner** [X] **Respondent** [ ] **Other**<br>**Title:** Motion for Entry of Judgment | **MOOT.** Final Judgment in the instant case was entered on November 15, 2000. |

Date: 5/24/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By: _____ #41